**FILED**
OCT 05 2009

U.S. DISTRICT COURT
DISTRICT OF R.I.

A CERTIFIED TRUE COPY
ATTEST
By Denise Morgan-Stone on Oct 05, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 17, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-57)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 1,127 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 05, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Attest to
True Copy

DAVID A. DiMARZIO
By Paulette J. Duke
Deputy Clerk

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                                                  MDL No. 1842

### SCHEDULE CTO-57 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **CALIFORNIA EASTERN** | | |
| CAE 1  09-1334 | Patricia Melom v. Davol, Inc., et al. | CA 09-2996 |
| CAE 2  09-2476 | Michael Allen Davis v. Davol, Inc., et al. | CA 09-2997 |
| **FLORIDA MIDDLE** | | |
| FLM 6  09-1453 | Helen D. Delaine v. Davol, Inc., et al. | CA 09-2998 |
| FLM 6  09-1454 | Richard Rinelli, et al. v. Davol, Inc., et al. | CA 09-2999 |
| FLM 8  09-1302 | Amy Summers v. C.R. Bard, Inc., et al. | CA 09-3000 |
| **FLORIDA NORTHERN** | | |
| FLN 1  09-180 | Eloise McKnight, et al. v. Davol, Inc., et al. | CA 09-3001 |
| **IOWA SOUTHERN** | | |
| IAS 3  09-128 | Jess Kessel, et al. v. Davol, Inc., et al. | CA 09-3002 |
| **MINNESOTA** | | |
| MN 0  09-2169 | Sylvia Jones v. Davol, Inc., et al. | CA 09-3003 |
| MN 0  09-2192 | Randy Baker v. Davol, Inc., et al. | CA 09-3004 |
| **MISSOURI WESTERN** | | |
| MOW 4  09-694 | Larry Potter v. Davol, Inc., et al. | CA 09-3005 |
| **NEW YORK EASTERN** | | |
| NYE 2  09-3542 | Carmela Matthews, et al. v. Davol, Inc., et al. | CA 09-3006 |

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                            MDL No. 1842

## INVOLVED COUNSEL LIST (CTO-57)

Rick D. Banks
LAW OFFICE OF RICK D BANKS
776 East Shaw Avenue
Suite 206
Fresno, CA 93710

Benjamin Joseph Biard
WILSON ELSER MOSKOWITZ EDLEMAN
& DICKER LLP
International Place
100 SE 2nd Street
Suite 3800
Miami, FL 33131

Dana A. Blanton
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105

Michael Allen Davis
1248 Johnson Avenue
Marysville, CA 95901

Brenda S. Fulmer
SEARCY DENNEY SCAROLA BARNHART
& SHIPLEY
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409

Marc David Grossman
SANDERS SANDERS BLOCK WOYCIK
VIENER & GROSSMAN PC
100 Herricks Road
Mineola, NY 11501

Larry D. Helvey
LARRY HELVEY LAW FIRM
2735 First Avenue, S.E.
Suite 101
Cedar Rapids, IA 52402

John P. Hooper
REED SMITH LLP
599 Lexington Avenue
29th Floor
New York, NY 10022

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Chris M. Limberopoulos
LIMBEROPOULOS LAW FIRM PA
400 North Ashley Drive
Suite 2150
Tampa, FL 33602

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903-7109

Derek H. Potts
POTTS LAW FIRM LLC
908 Broadway
3rd Floor
Kansas City, MO 64105

Anthony Peter Strasius
WILSON ELSER MOSKOWITZ EDLEMAN
& DICKER LLP
International Place
100 SE 2nd Street
Suite 3800
Miami, FL 33131

Anna M. Yakle
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                                                              MDL No. 1842

## INVOLVED JUDGES LIST (CTO-57)

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
724 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Anthony W. Ishii
Chief Judge, U.S. District Court
United States District Court
2500 Tulare Street
Room 1501
Fresno, CA 93721-1318

Hon. John A. Jarvey
U.S. District Judge
United States District Court
131 East Fourth Street
2nd Floor
Davenport, IA 52801-1516

Hon. David Greg Kays
U.S. District Judge
8652 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Maurice M. Paul
Senior U.S. District Judge
U.S. District Courthouse
401 S.E. 1st Avenue, Suite 307
Gainesville, FL 32601

Hon. Mary S. Scriven
U.S. District Judge
United States District Court
United States Courthouse
401 West Central Boulevard, Room 5650
Orlando, FL 32801

Hon. G. Kendall Sharp
Senior U.S. District Judge
1200 U.S. Courthouse
401 West Central Boulevard
Suite 6600
Orlando, FL 38201

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Leonard D. Wexler
Senior U.S. District Judge
Alfonse M. D'Amato U.S. Courthouse
944 Federal Plaza
Central Islip, NY 11722

Hon. James D. Whittemore
U.S. District Judge
13B Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION          MDL No. 1842

## INVOLVED CLERKS LIST (CTO-57)

Victoria Minor, Clerk
5000 U.S. Courthouse
1130 O Street
Fresno, CA 93721

Victoria Minor, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

William M. McCool, Clerk
243 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601-6805

Marge Krahn, Clerk
United States Courthouse
131 East Fourth Street
Davenport, IA 52801-1516

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Ann Thompson, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438